452 A.2d 24

Estate of Drischler.

Appeal of Albert Florian Paslow.

Reargument Denied Nov. 22, 1982.

Argued February 8, 1982. William M. Acker, submitted a brief on behalf of appellant; John E. Quinn, for Flanyak, participating party.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order and decree affirmed.

451 A.2d 9

Farmers Bank v. Hidden Lagoon Hotel, et al.

Appeal of Federal Deposit Ins. Corp.

Reargument Denied Oct. 21, 1982.

Argued June 22, 1981. Thomas B. Kenworthy, for appellant; Alan Candell, for Pearlstein, et al., appellees.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.